[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 10, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-13742
Non-Argument Calendar
_____

D. C. Docket No. 04-00110-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MELISSA STEED,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(February 10, 2006)**

Before BLACK, BARKETT  and HULL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Melissa Steed, has filed a motion to

withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Steed's convictions and sentences are **AFFIRMED**.